**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1575**

ELAINE I. KASSIN,

Plaintiff - Appellant,

v.

THE SELECT GROUP, LLC; KIMBERLY BARBER; CISCO SYSTEMS, INC.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:16-cv-01263-GBL-TCB)

Submitted:  July 20, 2017                    Decided:  July 24, 2017

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Elaine I. Kassin, Appellant Pro Se.  Alexander Tevis Marshall, James Clay Rollins, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elaine I. Kassin seeks to appeal the district court's orders dismissing her civil complaint for failure to state a claim and denying her motion for reconsideration. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Kassin's informal brief does not challenge the basis for the district court's disposition, Kassin has forfeited appellate review of the court's orders. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*